

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-76,015

### EX PARTE LARRY ALAN NEVIL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 0948446D IN THE 371st DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of assault-family violence, enhanced by a prior family violence conviction, and sentenced to three years' imprisonment. He did not appeal his conviction.

Applicant contends that his conviction violates prohibitions against *ex post facto* laws. The State agrees.

The trial court agrees in its findings of fact and conclusions of law filed pursuant to this

application, that the conviction violates prohibitions against *ex post facto* laws. Applicant is entitled to relief. *Scott v. State*, 55 S.W.3d 593 (Tex. Crim. App. 2001).

Relief is granted. The judgment in Cause No. 0948446D in the 371st Judicial District Court of Tarrant County is set aside, and Applicant is remanded to the custody of the sheriff of Tarrant County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: October 8, 2008
Do Not Publish